UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| BRANDON LEE RAMIREZ, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV620-080 |
| WARDEN BOBITT, *Individual Capacity,* | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 8, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and the Clerk of Court is **DIRECTED** to **CONSOLIDATE** case *Ramirez v. Bobitt*, CV620-110 (S.D. Ga. Nov. 18, 2020) into this case.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of June, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA