# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

BRANDON LEE RAMIREZ, )
)
Plaintiff, )
)
v. ) CV620-080
)
WARDEN BOBITT )
)
Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) of April 11, 2022, (doc. no. 19), to which objections have been filed, (doc. no. 20). The Magistrate Judge recommended that Ramirez's Complaint be dismissed because he failed to timely comply with the Court's Order to amend his Complaint. (See doc. no. 19 at 1-2.) Ramirez filed an objection, which did not identify any defect in the Report and Recommendation. (See generally doc. no. 20.) The Magistrate Judge construed the "objection" as a request for additional time. (Doc. no. 21.) The Magistrate Judge directed Ramirez to file a substantive response to the Report and Recommendation, or an Amended Complaint, within

fourteen days. (Id.) That deadline has passed and Ramirez has not responded. As the Magistrate Judge explained, "[s]ince Ramirez remains noncompliant [with the Court's Orders], the . . . recommendation of dismissal remains valid." (Doc. no. 21 at 2.)

Accordingly, the Court **ADOPOTS** the Report and Recommendation, (doc. no. 19), as its opinion. Plaintiff's Complaint is **DISMISSED**. (Doc. no. 1.) The Clerk of Court is **DIRECTED** to close this case.

**ORDER ENTERED** at Augusta, Georgia, this 1ST day of August 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA